**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Zyprexa Products Liability Litigation

_____/

**ORDER STAYING CASES PENDING DETERMINATION BY MDL PANEL**

    Numerous actions involving Zyprexa products liability have been filed in this Court. A transfer determination by the Judicial Panel on Multidistrict Litigation is pending as MDL-1596. Until that determination is made, all of the following cases are **STAYED** and, accordingly, any deadlines or pretrial conferences in these cases are **VACATED**:

C06-00575 WHA
C06-00587 WHA
C06-00588 WHA
C06-00590 WHA
C06-00643 WHA
C06-00650 WHA
C06-00654 WHA
C06-00674 WHA
C06-00683 WHA
C06-00684 WHA
C06-00691 WHA
C06-01549 WHA
C06-01562 WHA
C06-01567 WHA

    **IT IS SO ORDERED.**

Dated: March 1, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE