Frederick et al v. Astrazeneca Pharmaceuticals, L.P. et al                           Doc. 11
Case 3:06-cv-00590-WHA   Document 11   Filed 07/26/2006   Page 1 of 6
Case 3:06-cv-00590-WHA   Document 10   Filed 07/21/2006   Page 1 of 6



1   Catherine Valerio Barrad (SBN 168897)
    Justin Ma (SBN 216217)
2   Rebecca G. Goldstein (SBN 227180)
    SIDLEY AUSTIN LLP
3   555 West Fifth Street, Suite 4000
    Los Angeles, California 90013-1010
4   Telephone:      (213) 896-6000
    Facsimile:      (213) 896-6600
5   cbarrad@sidley.com
    jma@sidley.com
6   rgoldstein@sidley.com

7   Attorneys For Defendants
    AstraZeneca Pharmaceuticals LP and AstraZeneca LP

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  JAMES FREDERICK; 06-CV-0590-WA         )  Assigned to: Hon. William Alsup
                                           )
13  SAMANTHA GANGIDINE; 06-CV-0643-WA      )  STIPULATED REQUEST FOR ORDER
                                           )  SHORTENING TIME PURSUANT TO
14  NED GODFREY; 06-CV-0565-WA             )  LOCAL RULE 6-1(b) AND 6-2;
                                           )  DECLARATION OF CHRISTINE KIM
15  LORI ROBINSON; 06-CV-0663-WA           )  SON
                                           )
16                                         )
    SHARIE WALKER; 06-CV-0587-WA           )  [Proposed] ORDER LODGED
17                                         )  CONCURRENTLY
    LUCAS WEBB; 06-0598-WA                 )
18                                         )
                                           )
19         Plaintiffs,                     )
              vs.                          )
20                                         )
    ASTRAZENECA PHARMACEUTICALS, L.P.,     )
21  et al.,                                )
                                           )
22         Defendants.                     )

23

24

25

26

27

28

                STIPULATED REQUEST FOR ORDER SHORTENING TIME

Pursuant to Local Rule 6-1(b) and 6-2, defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP, by and through their counsel, respectfully petition the Court for an order shortening time on Defendants' Motion To Vacate Order of Dismissal ("Motion to Vacate"). Plaintiffs in the captioned actions hereby stipulate to an order shortening time, and to the briefing schedule proposed by defendants, as follows:

| | |
|---|---|
| Friday, July 21, 2006: | Electronic filing and service of the Motion to Vacate on all parties by 11:59 p.m. |
| Wednesday, August 2, 2006 | Electronic filing and service of the Opposition to the Motion to Vacate on all parties by 11:59 p.m. |
| Friday, August 11, 2006: | Electronic filing and service of the Reply in support of Motion to Vacate on all parties by 11:59 p.m. |
| Thursday, August 17, 2006: | Hearing on the Motion to Vacate at 8:00 a.m. |

This Order to Shorten Time is necessary for the following reasons:

Defendants contend that the Court did not have jurisdiction to enter dismissals in these cases and, therefore, the order of dismissal should be vacated, and the cases reopened. These cases are on a transfer order to MDL-1769, and all parties will benefit from an early resolution of this issue.

///
///
///
///
///
///
///

1

**STIPULATED REQUEST FOR ORDER SHORTENING TIME**

1         Therefore, counsel for the parties hereby stipulate to the hearing date and briefing

2 schedule as set forth above. Furthermore, the parties respectfully request that the Court grant this

3 joint request for an order shortening time.

4

5 Dated: July 21, 2006                 SIDLEY AUSTIN LLP

6

7                          By: /s/ *Catherine Valerio Barrad*

8                              Catherine Valerio Barrad
                             Attorneys For Defendants

9                              AstraZeneca Pharmaceuticals LP and
                             AstraZeneca LP

10

11

12 Dated: July 21, 2006                 LEVIN SIMES KAISER & GORNICK LLP

13

14

15                          By:

16                              Dennis J. Canty
                             Attroneys for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

**2**

**STIPULATED REQUEST FOR ORDER SHORTENING TIME**

## DECLARATION OF CHRISTINE KIM SON

I, Christine Kim Son, declare:

1.    I am an attorney licensed to practice law in the State of California. I am an associate with the law firm of Sidley Austin LLP ("Sidley"), attorneys of record for Defendants AstraZeneca Pharmaceuticals, LP and AstraZeneca LP (collectively, "AstraZeneca"). I am over the age of eighteen and am competent to make this declaration in support of the Stipulated Request For Order Shortening Time. I know the following facts of my own personal knowledge and, if called and sworn as a witness, could and would testify competently.

2.    Defendants contend that the Court did not have jurisdiction to enter dismissals in these cases and, therefore, the order of dismissal should be vacated, and the cases reopened. These cases are on a transfer order to MDL-1769, and all parties will benefit from an early resolution of this issue.

3.    There have been no other time modifications in this case, whether by stipulation or by Court order.

4.    The requested time modification would have no effect on the schedules of the cases, as these cases are currently dismissed without prejudice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2006 in Los Angeles, California.

Christine Kim Son

DECLARATION OF CHRISTINE KIM SON

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11   JAMES FREDERICK; 06-CV-0590-WA        )   Assigned to: Hon. William Alsup
                                           )
12   SAMANTHA GANGIDINE; 06-CV-0643-WA     )   **[Proposed] ORDER SHORTENING TIME**
                                           )   **PURSUANT TO LOCAL RULE 6-1(b)**
13   NED GODFREY; 06-CV-0565-WA            )   **AND 6-2**
                                           )
14                                         )
     LORI ROBINSON; 06-CV-0663-WA          )
15                                         )
     SHARIE WALKER; 06-CV-0587-WA          )
16                                         )
     LUCAS WEBB; 06-0598-WA                )
17                                         )
                                           )
18          Plaintiffs,                    )
                                           )
19       vs.                               )
                                           )
20   ASTRAZENECA PHARMACEUTICALS, L.P.,    )
     et al.,                               )
21                                         )
            Defendants.                    )
22   _____)

23

24

25

26

27

28

1         Pursuant to Local Rule 6-1(b) and 6-2, plaintiffs James Frederick, Samantha

2    Gangidine, Ned Godfrey, Lori Robinson, Sharie Walker, and Lucas Webb, by and through their

3    counsel, and defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP, by and through their

4    counsel, stipulated to a shortened notice period and briefing schedule on defendants' Motion to

5    Vacate Order of Dismissal ("Motion to Vacate").

6         Specifically, the parties stipulated to the following deadlines and hearing date.

7         Friday, July 21, 2006:     Electronic filing and service of the Motion to
     Vacate on all parties by 11:59 p.m.
8

9         Wednesday, August 2, 2006     Electronic filing and service of the Opposition
     to the Motion to Vacate on all parties by 11:59
10        p.m.

11        Friday, August 11, 2006:     Electronic filing and service of the Reply in
     support of Motion to Vacate on all parties by
12        11:59 p.m.

13        Thursday, August 17, 2006:     Hearing on the Motion to Vacate at 8:00 a.m.

14

15        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16   Dated:   July 26, 2006

17

18

19        By: _____

20        United States District Court Judge

21

22

23

24

25

26

27

28

[PROPOSED] ORDER SHORTENING TIME