| | |
|---|---|
| 1 | Catherine Valerio Barrad (SBN 168897) |
|   | Justin Ma (SBN 216217) |
| 2 | Rebecca G. Goldstein (SBN 227180) |
|   | SIDLEY AUSTIN LLP |
| 3 | 555 West Fifth Street, Suite 4000 |
|   | Los Angeles, California 90013-1010 |
| 4 | Telephone: (213) 896-6000 |
|   | Facsimile: (213) 896-6600 |
| 5 | cbarrad@sidley.com |
|   | jma@sidley.com |
| 6 | rgoldstein @sidley.com |

Attorneys For Defendants
AstraZeneca Pharmaceuticals LP and AstraZeneca LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES FREDERICK; 06-CV-0590-WA | Assigned to: Hon. William Alsup |
| SAMANTHA GANGIDINE; 06-CV-0643-WA | STIPULATED REQUEST FOR ORDER SHORTENING TIME PURSUANT TO LOCAL RULE 6-1(b) AND 6-2; DECLARATION OF CHRISTINE KIM SON |
| NED GODFREY; 06-CV-0565-WA | |
| LORI ROBINSON; 06-CV-0663-WA | |
| SHARIE WALKER; 06-CV-0587-WA | [Proposed] ORDER LODGED CONCURRENTLY |
| LUCAS WEBB; 06-0598-WA | |
| Plaintiffs, vs. | |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al., | |
| Defendants. | |

STIPULATED REQUEST FOR ORDER SHORTENING TIME

1    Pursuant to Local Rule 6-1(b) and 6-2, defendants AstraZeneca Pharmaceuticals LP
2 and AstraZeneca LP, by and through their counsel, respectfully petition the Court for an order
3 shortening time on Defendants' Motion To Vacate Order of Dismissal ("Motion to Vacate").
4 Plaintiffs in the captioned actions hereby stipulate to an order shortening time, and to the briefing
5 schedule proposed by defendants, as follows:

| | |
|---|---|
| Friday, July 21, 2006: | Electronic filing and service of the Motion to Vacate on all parties by 11:59 p.m. |
| Wednesday, August 2, 2006 | Electronic filing and service of the Opposition to the Motion to Vacate on all parties by 11:59 p.m. |
| Friday, August 11, 2006: | Electronic filing and service of the Reply in support of Motion to Vacate on all parties by 11:59 p.m. |
| Thursday, August 17, 2006: | Hearing on the Motion to Vacate at 8:00 a.m. |

13    This Order to Shorten Time is necessary for the following reasons:
14    Defendants contend that the Court did not have jurisdiction to enter dismissals in
15 these cases and, therefore, the order of dismissal should be vacated, and the cases reopened. These
16 cases are on a transfer order to MDL-1769, and all parties will benefit from an early resolution of
17 this issue.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///

1

**STIPULATED REQUEST FOR ORDER SHORTENING TIME**

1       Therefore, counsel for the parties hereby stipulate to the hearing date and briefing
2 schedule as set forth above. Furthermore, the parties respectfully request that the Court grant this
3 joint request for an order shortening time.

4
5 Dated: July 21, 2006                     SIDLEY AUSTIN LLP

7                                           By: */s/ Catherine Valerio Barrad*
8                                              Catherine Valerio Barrad
                                              Attorneys For Defendants
9                                               AstraZeneca Pharmaceuticals LP and
                                              AstraZeneca LP

12 Dated: July 21, 2006                     LEVIN SIMES KAISER & GORNICK LLP

15                                           By: [signature]
16                                             Dennis J. Canty
                                              Attroneys for Plaintiffs

## DECLARATION OF CHRISTINE KIM SON

I, Christine Kim Son, declare:

1. I am an attorney licensed to practice law in the State of California. I am an associate with the law firm of Sidley Austin LLP ("Sidley"), attorneys of record for Defendants AstraZeneca Pharmaceuticals, LP and AstraZeneca LP (collectively, "AstraZeneca"). I am over the age of eighteen and am competent to make this declaration in support of the Stipulated Request For Order Shortening Time. I know the following facts of my own personal knowledge and, if called and sworn as a witness, could and would testify competently.

2. Defendants contend that the Court did not have jurisdiction to enter dismissals in these cases and, therefore, the order of dismissal should be vacated, and the cases reopened. These cases are on a transfer order to MDL-1769, and all parties will benefit from an early resolution of this issue.

3. There have been no other time modifications in this case, whether by stipulation or by Court order.

4. The requested time modification would have no effect on the schedules of the cases, as these cases are currently dismissed without prejudice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2006 in Los Angeles, California.

Christine Kim Son

1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN FRANCISCO DIVISION

11  JAMES FREDERICK; 06-CV-0590-WA            ) Assigned to: Hon. William Alsup
                                              )
12  SAMANTHA GANGIDINE; 06-CV-0643-WA         ) **[Proposed] ORDER SHORTENING TIME**
                                              ) **PURSUANT TO LOCAL RULE 6-1(b)**
13  NED GODFREY; 06-CV-0565-WA                ) **AND 6-2**
                                              )
14  LORI ROBINSON; 06-CV-0663-WA              )
                                              )
15  SHARIE WALKER; 06-CV-0587-WA              )
                                              )
16  LUCAS WEBB; 06-0598-WA                    )
                                              )
17           Plaintiffs,                      )
         vs.                                  )
18                                            )
    ASTRAZENECA PHARMACEUTICALS, L.P.,        )
19  et al.,                                   )
                                              )
20           Defendants.                      )

21
22
23
24
25
26
27
28

**[PROPOSED] ORDER SHORTENING TIME**

Pursuant to Local Rule 6-1(b) and 6-2, plaintiffs James Frederick, Samantha Gangidine, Ned Godfrey, Lori Robinson, Sharie Walker, and Lucas Webb, by and through their counsel, and defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP, by and through their counsel, stipulated to a shortened notice period and briefing schedule on defendants' Motion to Vacate Order of Dismissal ("Motion to Vacate").

Specifically, the parties stipulated to the following deadlines and hearing date.

| | |
|---|---|
| Friday, July 21, 2006: | Electronic filing and service of the Motion to Vacate on all parties by 11:59 p.m. |
| Wednesday, August 2, 2006 | Electronic filing and service of the Opposition to the Motion to Vacate on all parties by 11:59 p.m. |
| Friday, August 11, 2006: | Electronic filing and service of the Reply in support of Motion to Vacate on all parties by 11:59 p.m. |
| Thursday, August 17, 2006: | Hearing on the Motion to Vacate at 8:00 a.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 26, 2006

By: _____
United States District Court Judge

*APPROVED — Judge William Alsup, United States District Court, Northern District of California*

2

[PROPOSED] ORDER SHORTENING TIME